AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

United States
v.
Mohammed Ali

**APPEARANCE**

Case Number: 08 Mag. 1551

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Mohammed Ali

I certify that I am admitted to practice in this court.

| 8/18/2008 | *[signature]* Sarah Baumgartel |
|---|---|
| Date | Signature |

Sarah Baumgartel — SB0019
Print Name — Bar Number

Federal Defenders, 52 Duane St., 10th Fl.
Address

New York — NY — 10007
City — State — Zip Code

(212) 417-8772 — (212) 571-0392
Phone Number — Fax Number